IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MARION ROBINSON, JR., #627458 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv395 |
| JOHN RUPERT, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (docket entry #4) is **ADOPTED**. It is further

**ORDERED** that the complaint is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions not previously ruled on are **DENIED**.

**It is SO ORDERED.**
**SIGNED this 30th day of May, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE